UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

LINDA CHASE,
    Plaintiff,

vs.                                      Case No.: 5:22cv198/TKW/ZCB

RUDOLPH SHEPARD, et al.,
    Defendants.
    _____/

## **REPORT AND RECOMMENDATION**

Plaintiff, proceeding *pro se*, commenced this action by filing a civil rights complaint. (Doc. 1). On October 17, 2022, the Court denied without prejudice Plaintiff's motion for leave to proceed *in forma pauperis* and ordered Plaintiff to pay the $402.00 filing fee within thirty days. (Doc. 7). Plaintiff appealed that order to the district judge. (Doc. 8). Her objections were overruled. (Doc. 9).

Plaintiff did not pay the filing fee within the time allowed. Therefore, on November 21, 2022, the Court ordered Plaintiff to show cause, within thirty days, why the case should not be dismissed for failure to comply with an order of the court. (Doc. 11). The Court again notified Plaintiff that failure to comply with the Court's order would result in a recommendation of dismissal of the case. (*Id.*). The deadline for compliance with the show cause order has passed, and Plaintiff has not paid the filing fee or otherwise responded to the Court's order. Dismissal is, therefore, warranted. *See* N.D. Fla. Loc. R. 41.1 (authorizing dismissal when "a party fails to

comply with an applicable rule or court order"); *see also Frith v. Curry*, 812 F. App'x 933, 935 (11th Cir. 2020) (affirming dismissal where the plaintiff failed to pay the initial partial filing fee and failed to respond to a magistrate judge's order to show cause as to why the filing fee had not been paid).

Accordingly, it is respectfully **RECOMMENDED** that:

1. This case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the Court.

2. All pending motions be **DENIED as moot.**

At Pensacola, Florida, this 9th day of January 2023.

/s/ *Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen days of the date of the Report and Recommendation. Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control. An objecting party must serve a copy of the objections on all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.** *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636.**